IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY SCOTT SEWARD, SR.,

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-1415

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Jeffery Scott Seward, Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.